**Vernon H. YORK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58363.**

Missouri Court of Appeals,
Western District.

Feb. 20, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied
May 29, 2001.

Sarah Weber, Asst. Public Defender, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before HOLLIGER, P.J.,
LOWENSTEIN and NEWTON, JJ.

### *ORDER*

PER CURIAM:

Vernon H. York appeals the denial of his Rule 24.035 motion for postconviction relief after an evidentiary hearing. For the reasons set forth in the memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b)